### MORRIS *et al.* v. HARRIS.

HILL, J. The plaintiffs brought ejectment; and failing to identify the land or to show title in the testator under whom they claimed, the court did not err in directing a verdict for the defendant.

*Judgment affirmed. All the Justices concur.*

JUNE 13, 1917.

Complaint for land. Before Judge Jones. Hall superior court. August 12, 1916.

*H. H. Perry, C. R. Faulkner,* and *John J. & Roy M. Strickland,* for plaintiffs. *W. A. Charters* and *A. C. Wheeler,* for defendant.